515 A.2d 302

**Sidney HAMLIN, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania BOARD OF PROBATION AND PAROLE, and State Correctional Institution at Pittsburgh—Records Department.**

Supreme Court of Pennsylvania.

Submitted Sept. 16, 1986.

Decided Oct. 1, 1986.

Sidney Hamlin, pro se.

Robert A. Greevy, Pa. Board of Probation & Parole, Harrisburg, Tom Bender, Officer, Records Department State Correctional Inst. at Pittsburgh, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal quashed.